UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| FAITH WOODS and ANGELA DUFF | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No. 1:24-cv-00241-HAB |
| | ) | |
| v. | ) | |
| | ) | |
| MCDOWELL TRANSPORT, LLC, | ) | |
| SCOTT MCDOWELL, and | ) | |
| KIMBERLY MCDOWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Plaintiffs, proceeding pro se, was granted until July 18, 2024, to file an amended complaint with this Court that adequately establishes subject matter jurisdiction and to retain counsel to prosecute this case on behalf of either Robert Woods' estate or his minor children. (ECF No. 4). Plaintiffs were cautioned that if they did not do so, the Complaint (ECF No. 1) would be stricken and the case would be dismissed for the reasons outlined in this Court's Order (ECF No. 4). The deadline has passed and Plaintiffs did not file an amended complaint.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on July 29, 2024.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT JUDGE